DISTRICT COURT OF THE UNITED STATES
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW CONWAY,<br>LILIANA CONWAY d/b/a ZEKE THE ZEBRA<br><br>Plaintiffs,<br><br>v.<br><br>SAM LICATA a.k.a. PHOENIX STONE;<br>SYBIL HALL a.k.a SBYILL LICATA;<br>STONEHALL ENTERTAINMENT, LLC, a California Limited Liability Company;<br>STONEHALL MERCHANDISE, LLC, a California Limited Liability Company;<br>STONEHALL MUSIC PUBLISHING, LLC, a California Limited Liability Company;<br>STONEHALL RECORDS, LLC, a California Limited Liability Company;<br>STONEHALL TELEVISION, LLC, a California Limited Liability Company; and<br>STONEHALL TOURING, LLC, a California Limited Liability Company,<br><br>Defendants | Docket Number<br><br>1:13-cv-12193 |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Plaintiffs, Andrew Conway and Liana Conway, in this action.

1

                Respectfully submitted,

                /s/ Jeffrey S. Baker
                Jeffrey S. Baker
                BBO No. 544929
                Baker & Assoc., P.C.
                Two West Hill Place, Suite 100
                Boston, MA 02114
                Ph: 617-573-9505
                Fax: 617-573-9503
                E-mail: bakerlaw@aol.com

Date: September 4, 2013