DISTRICT COURT OF THE UNITED STATES
DISTRICT OF MASSACHUSETTS

ANDREW CONWAY, *et al.*,

Plaintiffs,

v.

SAM LICATA, *et al.*,

Defendants

Docket Number

1:13-cv-12193-WGY

## ORDER ON PLAINTIFFS' MOTION OF THE PLAINTIFFS TO ALLOW ALTERNATE SERVICE ON THE DEFENDANTS PURSUANT TO FED R. CIV. P. 4(e) and (h)

After hearing, it is hereby **ORDERED**:

That the Plaintiffs shall, in accordance with Fed. R. Civ. Pro 4€ and (h) effectuate ervice on the Defendants as follows:

1. (a) by serving on attorney, Ken Burry of the law firm of Hirsch Wallertsein Hayum Matlof Fishman, LLP, 1011 Santa Monica Boulevard, Suite 1700, Los Angeles, California, 90067, ("Attorney Burry"), an entertainment lawyer in Los Angeles, California, a copy of the summonses and complaints for each Defendant;

   (b) by publishing notice of the filing of the case with the Los Angeles Times for three (3) consecutive weekdays within thirty (30) days of the date of the Order, together with the notification that an answer must be filed within thirty days of the date of publication of such notice;

   (c) by publishing notice of filing of the case with an industry publication in the music entertainment business of general circulation, together with the notification that an answer must be filed within thirty days of the date of publication of such notice;

1

(d) by emailing to all the Defendants a copy of the summons and complaint to the Defendant Sam Licata a/k/a Phoenix Stone at his known email address and Sybyll Hall at her known email address.

2. Within seven days of service as set forth hereinabove, the Plaintiffs shall prove service on the Defendants by affidavit of their attorney attesting that they have complied with this Order, together with a copy of any such notices published as aforesaid.

3. Plaintiffs may serve an affidavit as to the amount of costs, pursuant to Fed. R. Civ. Pro 4(d)(2) on the defendants after service has been effectuated. The Defendants may, within 14 days after receipt of such affidavit, oppose the same and the Court will consider the award of fees and costs at that time.

**SO ORDERED.**

*William A. Young*
(District Judge, J.)