UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW CONWAY, LILIANA CONWAY d/b/a ZEKE THE ZEBRA,<br><br>        Plaintiffs<br><br>v.<br><br>SAM LICATA a/k/a PHOENIX STONE;<br>SYBIL HALL a/k/a SBYILL LICATA;<br>STONEHALL ENTERTAINMENT, LLC, a California Limited Liability Company;<br>STONEHALL MERCHANDISE, LLC, a California Limited Liability Company;<br>STONEHALL MUSIC PUBLISHING, LLC, a California Limited Liability Company;<br>STONEHALL RECORDS, LLC, a California Limited Liability Company;<br>STONEHALL TELEVISION, LLC, a California Limited Liability Company; and<br>STONEHALL TOURING, LLC, a California Limited Liability Company,<br><br>        Defendants | Docket No.:<br>1:13-cv-12193-WGY |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as counsel for the Defendants in the above action.

Dated:  November 1, 2013        Respectfully submitted,

**BERMAN DEVALERIO**

/s/ Daryl DeValerio Andrews
Daryl DeValerio Andrews (BBO #658523)
One Liberty Square
Boston, MA 02109
Telephone:  (617) 542-8300
Fax:  (617) 542-1194
Email:  dandrews@bermandevalerio.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 1, 2013.

Dated: November 1, 2013           /s/ Daryl DeValerio Andrews
                                           Daryl DeValerio Andrews