DISTRICT COURT OF THE UNITED STATES
DISTRICT OF MASSACHUSETTS

ANDREW CONWAY,
LILIANA CONWAY d/b/a ZEKE THE ZEBRA

Plaintiffs,

v.

SAM LICATA a.k.a. PHOENIX STONE;
SYBIL HALL a.k.a SBYILL LICATA, *et al.*

Defendants

Docket Number

1:13-cv-12193-WGY

## AFFIDVAIT OF PATRICK M. GROULX OF COMPLIANCE WITH THE COURT'S ORDER OF OCTBER 22, 2013, AND OF PLAINTIFFS' COSTS

I, Patrick M. Groulx, on personal knowledge, information, and belief, and on oath, do state and depose as follows:

1.      I am a member in good standing of the Massachusetts and New Hampshire bars.

2.      I am the Plaintiffs' attorney in this action.

3.      On behalf of the Plaintiffs, I state that I have complied with the Court's Order of October 22, 2013 (Document 10) ("the Order").

4.      The returns of service from the Plaintiffs' process server, Mark Valenti, and his invoice are attached as *Exhibit 1*.

5.      Mark Valenti is an adult over the age of 18 and is not a party to this action.

6.      In compliance with ¶ 1(a) of the Order, on October 29, 2013, at 10:40 a.m. Pacific time, the Plaintiffs' process server, Mark Valenti, served on Attorney Ken Burry personally summonses and complaints for each Defendant in this action.

1

7.      The total cost for Mr. Valenti's services was $316.00.

8.      Attached as <u>Exhibit</u> 2 is a true and accurate copy of an affidavit from the Los Angeles Times showing that the Plaintiffs ran an advertisement in that newspaper.

9.      Attached as <u>Exhibit</u> 3 is a true and accurate copy of the receipt from the Los Angeles Times for the ad, showing a total cost of $195.30.

10.     In compliance with ¶ 1(b) of the Order, on November 4, 5, and 6, 2013, the Plaintiffs purchased and ran in the Los Angeles Times a classified ad stating as follows:

NOTICE OF FILING OF LAWSUIT

This is to advise SAM LICATA (a.k.a. PHOENIX STONE); SYBIL HALL; STONEHALL ENTERTAINMENT, LLC; STONEHALL MERCHANDISE, LLC; STONEHALL MUSIC PUBLISHING, LLC; STONEHALL RECORDS, LLC; STONEHALL TELEVISION, LLC; and STONEHALL TOURING, LLC, that on September 4, 2013, Andrew Conway and Liana Conway filed a complaint against you in the United States District Court of the District of Massachusetts, Docket Number 1:13-cv-12193-WGY, beholden in Boston, Massachusetts. An answer under Federal Rule of Civil Procedure 8 or other responsive pleading under Federal Rule of Civil Procedure 12 must be filed with the court on or before December 13, 2013. Failure to answer or otherwise respond within this timeframe may subject you to default under Federal Rule of Civil Procedure 55 and the entry of judgment against you in your absence. You are encouraged to speak to an attorney. For a copy of the summons and complaint or if you have any other questions regarding this notice, please contact Attorney Jeffrey S. Baker, Baker & Associates, Two West Hill Place, Boston, Massachusetts, 02114, at (617) 573-9505.

11.     Attached as <u>Exhibit</u> 4 is a true and accurate printout of the homepage of the Nashville Gab, www.nashvillegab.com, on the morning of October 30, 2013.

12.     In compliance with ¶ 1(c) of the Order, on October 29, 2013, the Plaintiffs caused to be posted on the homepage of the Nashville Gab an advertisement stating as follows:

NOTICE OF FILING OF LAWSUIT

This is to advise SAM LICATA (a.k.a. PHOENIX STONE); SYBIL HALL; STONEHALL ENTERTAINMENT, LLC; STONEHALL MERCHANDISE, LLC; STONEHALL MUSIC PUBLISHING, LLC; STONEHALL RECORDS, LLC; STONEHALL TELEVISION, LLC; and STONEHALL TOURING, LLC,

that on September 4, 2013, Andrew Conway and Liana Conway filed a complaint against you in the United States District Court of the District of Massachusetts, Docket Number 1:13-cv-12193-WGY, beholden in Boston, Massachusetts. An answer under Federal Rule of Civil Procedure 8 or other responsive pleading under Federal Rule of Civil Procedure 12 must be filed with the court on or before December 13, 2013. Failure to answer or otherwise respond within this timeframe may subject you to default under Federal Rule of Civil Procedure 55 and the entry of judgment against you in your absence. You are encouraged to speak to an attorney. For a copy of the summons and complaint or if you have any other questions regarding this notice, please contact Attorney Jeffrey S. Baker, Baker & Associates, Two West Hill Place, Boston, Massachusetts, 02114, at (617) 573-9505.

13. The advertisement on the Nashville Gab remained at the top of the homepage for 48 hours from 10 a.m. on October 29, 2013, to 10 a.m. on October 31, 2013. After that time, the advertisement remained on the page but below subsequent postings, and remains in the archives of the website.

14. The Nashville Gab is a widely-read blog about personalities in the country music industry.

15. Exhibit 5 is a true and accurate copy of the receipt for the Nashville Gab ad showing the cost of the advertisement was $175.00.

16. Attached as Exhibit 6 is a true and accurate copy of the advertisement run in Billboard magazine[1].

17. Attached as Exhibit 7 is a true and accurate copy of the receipt for the advertisement run in Billboard magazine showing the total cost of $354.00.

18. Billboard is a weekly publication in the music industry.

19. In compliance with ¶ 1(c) of the Order, the Plaintiffs placed a classified advertisement in the November 2, 2013, issue of Billboard stating as follows:

NOTICE OF FILING OF LAWSUIT

---

[1] The Plaintiffs possess a copy of the magazine and is available for the Court's viewing if it deems necessary.

> This is to advise SAM LICATA (a.k.a. PHOENIX STONE); SYBIL HALL; STONEHALL ENTERTAINMENT, LLC; STONEHALL MERCHANDISE, LLC; STONEHALL MUSIC PUBLISHING, LLC; STONEHALL RECORDS, LLC; STONEHALL TELEVISION, LLC; and STONEHALL TOURING, LLC, that on September 4, 2013, Andrew Conway and Liana Conway filed a complaint against you in the United States District Court of the District of Massachusetts, Docket Number 1:13-cv-12193-WGY, beholden in Boston, Massachusetts. An answer under Federal Rule of Civil Procedure 8 or other responsive pleading under Federal Rule of Civil Procedure 12 must be filed with the court on or before December 13, 2013. Failure to answer or otherwise respond within this timeframe may subject you to default under Federal Rule of Civil Procedure 55 and the entry of judgment against you in your absence. You are encouraged to speak to an attorney. For a copy of the summons and complaint or if you have any other questions regarding this notice, please contact Attorney Jeffrey S. Baker, Baker & Associates, Two West Hill Place, Boston, Massachusetts, 02114, at (617) 573-9505.

20. In compliance with ¶ 1(d) of the Order, on October 22, 2013 the Plaintiffs sent to the Defendants a copy of the summonses and complaint to the Defendants Sam Licata and Sybill Hall at their last-known E-mail addresses.

21. A copy of the E-mail to Licata and Hall is attached as <u>Exhibit 8</u>. Although the E-mail does not show the attachments, the E-mail attached the summonses and complaint along with waivers of service.

22. The Defendants never executed and returned to the Plaintiffs the waivers of service.

23. The Plaintiffs' total cost for effecting service of process pursuant to the Order is $1,040.30.

24. In doing all of the foregoing, the Plaintiffs fully complied with this Court's order of October 22, 2013.

Submitted this day under the pains and penalties of perjury,

/s/ Patrick M. Groulx  
Patrick M. Groulx

Date: December 9, 2013