DISTRICT COURT OF THE UNITED STATES
DISTRICT OF MASSACHUSETTS

ANDREW CONWAY,
LILIANA CONWAY d/b/a ZEKE THE ZEBRA

Plaintiffs,

v.

SAM LICATA a.k.a. PHOENIX STONE;
SYBIL HALL a.k.a SBYILL LICATA, *et al.*

Defendants

Docket Number

1:13-cv-12193-WGY

### AFFIDVAIT OF MARK VALENTI

I, Mark Valenti, on personal knowledge, information, and belief, and on oath, do state and depose as follows:

1. I am a registered process server in Los Angeles County, California, Registration Number 2782.

2. I am a member of the National Association of Professional Process Servers.

3. I am a member of the California Association of Legal Support Professionals ("CALSPro").

4. I have been certified as a process server by CALSPro.

5. I have been a full time process server for over fifteen years and served process in hundreds of state and federal cases.

6. The Plaintiffs in this action retained me to serve copies of the summonses and complaints for all of the Defendants in this action on Attorney Ken Burry pursuant to this Court's Order of October 22, 2013.

1

7. On October 28, 2013, at 11:20 a.m., Pacific Daylight Time, I went to Attorney Burry's office at Hirsch Wallerstein Hayum Matlof Fishman LLP, at 10100 Santa Monica Boulevard, Suite 1700, Los Angeles, California, 90067.

8. Hirsch Wallerstein is located in an office building with security at the front entrance.

9. I spoke to the security guard on duty, Jose Santana, and asked him to contact Hirsch Wallerstein and Attorney Burry to ask permission to enter their office to serve the documents on Attorney Burry.

10. The security guard called Hirsch Wallerstein, and after speaking on the phone with someone in the office, handed the phone to me.

11. The person on the phone identified himself as Attorney Burry. He told me that he would not accept service of the documents because he was not the "attoney of record" in the case and service on him would therefore not be effective.

12. Attorney Burry denied me entrance to Hirsch Wallerstein.

13. After speaking with Plaintiffs' counsel, I again went to Hirsch Wallerstein on October 29, 2013, at 10:40 a.m., Pacific Daylight Time.

14. I again spoke with Jose Santana and asked him to contact Hirsch Wallerstein to get permission for me to enter.

15. I again spoke with Attorney Burry on the phone. I informed him that I had this Court's order of October 22, 2013, requiring that service of the summonses and complaints be made on him.

16. Attorney Burry asked me whether the order named him personally, and I responded that it did.

2

17. Attorney Burry then gave permission to security to permit me to enter Hirsch Wallenstein's office.

18. I went to the office and served on Attorney Burry, personally and in hand, the copies of the summonses and complaints for all of the Defendants in this action.

19. I also showed him this Court's order requiring that he be served personally.

20. Attorney Burry accepted service of the summonses and complaints.

Submitted this day under the pains and penalties of perjury,

_____
Mark Valenti

Date: November 4, 2013

Civil Action No.: 1:13-CV-12193-WGY

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Sam Licata aka Phoenix Stone

was received by me on (date) 10/3/2013 .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Personally served on Ken Burry October 29, 2013 at 10:40 am, 10100 Santa Monica Blvd., Suite 1700, Los Angeles, CA 90067 pursuant to Court Order dated October 22, 2013.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 55.00 .

I declare under penalty of perjury that this information is true.

October 31, 2013
Date

*Server's Signature*
Mark Valenti, Reg. #2782
(213) 487-4123

*Printed name and title*
**MARK VALENTI**
**5042 WILSHIRE BLVD., SUITE 507**
**LOS ANGELES, CA 90036**

*Server's Address*

Additional information regarding attempted service, etc:

Civil Action No.: **1:13-CV-12193-WGY**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Sybil Hall

was received by me on (date) 10/3/2013.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Personally served on Ken Burry October 29, 2013 at 10:40 am, 10100 Santa Monica Blvd., Suite 1700, Los Angeles, CA 90067 pursuant to Court Order dated October 22, 2013.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 29.00.

I declare under penalty of perjury that this information is true.

October 31, 2013
Date

Mark Valenti, Reg. #2782
(213) 487-4123

*Server's Signature*

*Printed name and title*

**MARK VALENTI
5042 WILSHIRE BLVD., SUITE 507
LOS ANGELES, CA 90036**

*Server's Address*

Additional information regarding attempted service, etc:

Civil Action No.: 1:13-CV-12193-WGY

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Stonehall Entertainment, LLC

was received by me on (date) 10/3/2013.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Personally served on Ken Burry October 29, 2013 at 10:40 am, 10100 Santa Monica Blvd., Suite 1700, Los Angeles, CA 90067 pursuant to Court Order dated October 22, 2013.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 29.00.

I declare under penalty of perjury that this information is true.

October 31, 2013
Date

Mark Valenti, Reg. #2782
(213) 487-4123

*Printed name and title*
MARK VALENTI
5042 WILSHIRE BLVD., SUITE 507
LOS ANGELES, CA 90036

*Server's Address*

Additional information regarding attempted service, etc:

Civil Action No.: **1:13-CV-12193-WGY**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Stonehall Merchandise, LLC
was received by me on (date) 10/3/2013.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Personally served on Ken Burry October 29, 2013 at
10:40 am, 10100 Santa Monica Blvd., Suite 1700,
Los Angeles, CA 90067 pursuant to Court Order dated
October 22, 2013.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 29.00.

I declare under penalty of perjury that this information is true.

October 31, 2013
Date

*Server's Signature*

Mark Valenti, Reg. #2782
(213) 487-4123

*Printed name and title*

**MARK VALENTI
5042 WILSHIRE BLVD., SUITE 507
LOS ANGELES, CA 90036**

*Server's Address*

Additional information regarding attempted service, etc:

Civil Action No.: **1:13-CV-12193-WGY**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ___Stonehall Music Publishing, LLC___

was received by me on (date) ___10/3/2013___.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Personally served on Ken Burry October 29, 2013 at 10:40 am, 10100 Santa Monica Blvd., Suite 1700, Los Angeles, CA 90067 pursuant to Court Order dated October 22, 2013.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __29.00__.

I declare under penalty of perjury that this information is true.

October 31, 2013
Date

*Server's Signature*
Mark Valenti, Reg. #2782
(213) 487-4123

*Printed name and title*
**MARK VALENTI
5042 WILSHIRE BLVD., SUITE 507
LOS ANGELES, CA 90036**

*Server's Address*

Additional information regarding attempted service, etc:

Civil Action No.: **1:13-CV-12193-WGY**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ___Stonehall Records, LLC___

was received by me on (date) ___10/3/2013___ .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Personally served on Ken Burry October 29, 2013 at
10:40 am, 10100 Santa Monica Blvd., Suite 1700,
Los Angeles, CA 90067 pursuant to Court Order dated
October 22, 2013.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 29.00 .

I declare under penalty of perjury that this information is true.

October 31, 2013
Date

Mark Valenti, Reg. #2782
(213) 487-4123

*Printed name and title*

**MARK VALENTI**
**5042 WILSHIRE BLVD., SUITE 507**
**LOS ANGELES, CA 90036**

*Server's Address*

Additional information regarding attempted service, etc:

Civil Action No.: **1:13-CV-12193-WGY**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Stonehall Television, LLC
was received by me on (date) 10/3/2013 .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Personally served on Ken Burry October 29, 2013 at
10:40 am, 10100 Santa Monica Blvd., Suite 1700,
Los Angeles, CA 90067 pursuant to Court Order dated
October 22, 2013.
My fees are $ _____ for travel and $ _____ for services, for a total of $ 29.00 .

I declare under penalty of perjury that this information is true.

October 31, 2013
Date

Mark Valenti, Reg. #2782
(213) 487-4123

*Printed name and title*
**MARK VALENTI
5042 WILSHIRE BLVD., SUITE 507
LOS ANGELES, CA 90036**

*Server's Address*

Additional information regarding attempted service, etc:

Civil Action No.: **1:13-CV-12193-WGY**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Stonehall Touring, LLC

was received by me on (date) 10/3/2013

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Personally served on Ken Burry October 29, 2013 at 10:40 am, 10100 Santa Monica Blvd., Suite 1700, Los Angeles, CA 90067 pursuant to Court Order dated October 22, 2013.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 29.00

I declare under penalty of perjury that this information is true.

October 31, 2013
*Date*

*Server's Signature*

Mark Valenti, Reg. #2782
(213) 487-4123

*Printed name and title*

**MARK VALENTI**
**5042 WILSHIRE BLVD., SUITE 507**
**LOS ANGELES, CA 90036**

*Server's Address*

Additional information regarding attempted service, etc:

**Mark Valenti - Process Service**
Mark Valenti
5042 Wilshire Blvd., #507
Los Angeles, California 90036
Phone: (213) 487-4123
e-mail: valenti.mark@att.net
www.laprocessserve.com

# STATEMENT

Bill To:
Patrick M. Groulx, Esq.
P.O. Box 760656
Melrose, MA 02176

October 31, 2013

Case Title:     Conway vs. Licata, et al.

Case No.:       1:13-CV-12193-WGY

Statement No.:  103113-B

| Date | DESCRIPTION | AMOUNT |
|---|---|---|
| 10-28-2013 | Attempted service at 1011 Santa Monica Blvd., Los Angeles, | |
| | Bad Address fee | $55.00 |
| | Search fee to locate corrected address | $3.00 |
| 10-29-2013 | Serve Sam Licata with Summons and Complaint per Court Order | |
| | Service fee | $55.00 |
| 10-29-2013 | Serve Sybil Hall with Summons and Complaint per Court Order | $29.00 |
| 10-29-2013 | Serve Stonehall Entertainment, LLC with Summons and Complaint per Court Order | $29.00 |
| 10-29-2013 | Serve Stonehall Merchandise, LLC with Summons and Complaint per Court Order | $29.00 |
| 10-29-2013 | Serve Stonehall Music Publishing, LLC with Summons and Complaint per Order | $29.00 |
| 10-29-2013 | Serve Stonehall Records, LLC with Summons and Complaint per Court Order | $29.00 |
| 10-29-2013 | Serve Stonehall Television, LLC with Summons and Complaint per Court Order | $29.00 |
| 10-29-2013 | Serve Stonehall Touring, LLC with Summons and Complaint per Court Order | $29.00 |
| | **BALANCE DUE** | **$316.00** |

THANK YOU!

PLEASE
MAKE CHECK PAYABLE TO
MARK VALENTI

PAYMENTS NOT RECEIVED WITHIN 30 DAYS ARE SUBJECT TO A $7.50 BILLING CHARGE.

---

REMITTANCE   DETACH AND MAIL WITH YOUR CHECK.   YOUR CANCELLED CHECK IS YOUR RECEIPT.

Attorney:               Case Title:                     CHECK NO.
**Patrick M. Groulx**   Conway vs. Licata
                        Case No.:

                        Statement No.:  103113-B        AMOUNT PAID $