RECORDING/FILING REQUESTED BY AND MAIL TO:
Polis Legal
PO Box 760656
Melrose, MA 02176

**PROOF OF PUBLICATION**
(California Code of Civil Procedure 2010, 2015.5)

**NOTICE OF FILING OF LAWSUIT**

This is to advise SAM LICATA (a.k.a. PHOENIX STONE); SYBIL HALL; STONEHALL ENTERTAINMENT, LLC; STONEHALL MERCHANDISE, LLC; STONEHALL MUSIC PUBLISHING, LLC; STONEHALL RECORDS, LLC; STONEHALL TELEVISION, LLC; and STONEHALL TOURING, LLC, that on September 4, 2013, Andrew Conway and Liana Conway filed a complaint against you in the United States District Court of the District of Massachusetts, Docket Number 1:13-cv-12193-WGY, beholden in Boston, Massachusetts. An answer under Federal Rule of Civil Procedure 8 or other responsive pleading under Federal Rule of Civil Procedure 12 must be filed with the court on or before December 13, 2013. Failure to answer or otherwise respond within this timeframe may subject you to default under Federal Rule of Civil Procedure 55 and the entry of judgment against you in your absence. You are encouraged to speak to an attorney. For a copy of the summons and complaint or if you have any other questions regarding this notice, please contact Attorney Jeffrey S. Baker, Baker & Associates, Two West Hill Place, Boston, Massachusetts, 02114, at (617) 573-9505.

STATE OF CALIFORNIA
County of Los Angeles

I am a citizen of the United States and a resident of the aforesaid County. I am over the age of eighteen years (18) years, and not a party to or interested in the above-entitled matter. I am the Principal Clerk of the printer of the **LOS ANGELES TIMES,** a newspaper of general circulation, printed and published DAILY in the City of Los Angeles, County of Los Angeles and which newspaper was adjudged a newspaper of general circulation by the Superior Court of the County of Los Angeles, State of California, under the date of April 28, 1952, Case Number 598599. The notice, a true and correct copy of which is annexed, has been published in each regular and entire issue of said newspaper on the following dates, to wit:

MONDAY; NOVEMBER 4, 2013
TUESDAY; NOVEMBER 5, 2013
WEDNESDAY; NOVEMBER 6, 2013

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated at Los Angeles, California,

This 7th day of November, 2013

_____
Signature

Jessica Winn