# NashvilleGab - Country music news and Nashville celebrity gossip

Your #1 source for the funnest and juiciest country music news and gossip around. Helping you keep up with your favorite Nashville superstars and country music celebrities since 2008. Read today what you'll be talking about tomorrow.



NOTICE OF FILING OF LAWSUIT

This is to advise SAM LICATA (a.k.a. PHOENIX STONE); SYBIL HALL; STONEHALL ENTERTAINMENT, LLC; STONEHALL MERCHANDISE, LLC; STONEHALL MUSIC PUBLISHING, LLC; STONEHALL RECORDS, LLC; STONEHALL TELEVISION, LLC; and STONEHALL TOURING, LLC, that on September 4, 2013, Andrew Conway and Liana Conway filed a complaint against you in the United States District Court of the District of Massachusetts, Docket Number 1:13-cv-12193-WGY, beholden in Boston, Massachusetts. An answer under Federal Rule of Civil Procedure 8 or other responsive pleading under Federal Rule of Civil Procedure 12 must be filed with the court on or before December 13, 2013. Failure to answer or otherwise respond within this timeframe may subject you to default under Federal Rule of Civil Procedure 55 and the entry of judgment against you in your absence. You are encouraged to speak to an attorney. For a copy of the summons and complaint or if you have any other questions regarding this notice, please contact Attorney Jeffrey S. Baker, Baker & Associates, Two West Hill Place, Boston, Massachusetts, 02114, at (617) 573-9505.

*Disclaimer: NashvilleGab is occasionally paid for blog posts. This is one of those "sponsored blog posts." The company who sponsored it compensated me via a cash payment, gift, or something else of value to write it and/or post it. Regardless of payment, if I recommend a product you can be assured that the comments and ideas expressed are solely mine and not influenced by compensation provided. If a post is sponsored and is used for reader information and/or advertising purposes only, the ideas expressed will be that of the company advertising and not necessarily that of NashvilleGab. I am disclosing this in accordance with the Federal Trade Commission's 16 CFR, Part 255: "Guides Concerning the Use of Endorsements and Testimonials in Advertising."*

— You might like: —
- Guess which country star got caught by hotel staff with his gay lover
- It's official, I'm a grandma, and my husband's an ass
- Another Alan Jackson daughter in trouble with the law

Recommended by 

 12   1   7   0

Posted by **Shannon** on October 29, 2013 at 10:00 AM | Permalink | Comments (0)

October 30, 2013

## Rodney Atkins and Rose Falcon marrying next month



Last week, Broadway had an interview with Rodney Atkins where he was told not to go there with regards to Rodney's relationship with fiance Rose Falcon.

Not sure why he wouldn't talk about Rose last week but will this week, but The Country Vibe got the chance to ask Rodney some questions and one of those questions was whether wedding bells would be ringing anytime soon.

Turns out they're ringing sooner than you might think.

Rodney admitted that he and Rose, who have been engaged since July, are getting married next month. I'd quote exactly what he said, but that's pretty much exactly what he said

And no, he wouldn't elaborate any further.

He did say that he feels Rose is a blessing from God, which is nice.

"What she's brought into my life is unbelievable. It's just complete peace of mind of what love's supposed to be."

Best of luck to the happy pair.

*Like what we're sharing? Keep up with all the fun by following NashvilleGab on Twitter, Facebook, or subscribe to our feed. If you have something you'd like to share, drop me a line at Shannon@NashvilleGab.com.*

You might like:
- An update on the rumor that Kenny Chesney's going to be a dad
- Faith Hill is hardly recognizable as she goes au naturel on the way to Australia
- Ashley Monroe marries in Tennessee

Recommended by 

 New   0   0  0

Posted by Shannon on October 30, 2013 at 09:03 AM in Rodney Atkins, Rose Falcon, Til death do we part | Permalink | Comments (0)

# 'Nashville', Season 2, Episode 5 – RECAP



I found this episode an odd one. It was hyped as a big, dramatic one, and kind of disappointed on that front, as well as cutting short every good/emotional scene. Anyway.

Rayna is still struggling to get her voice back, even through voice coaching sessions. Jeff is spreading rumors about her voice being gone and is demanding the masters of the album, as he owns it. Rayna decides she definitely wants out of Edge Hill and goes to Lamar to ask for a business investment into going out on her own. Lamar accepts, and goes to Teddy to ask if he can invest in his hometown again after the Metro contracts were cancelled (clearly to cover his losses with Rayna), but Teddy refuses. Meanwhile Tandy must promise not to tell Rayna about convicting Lamar to ensure her own immunity. It kills her to find out that Rayna is resting everything on her father's shoulders, but she keeps mute, and Lamar later gets arrested in a bar Teddy is also drinking in. A look from him makes Lamar think that Teddy is the one who ratted him out, and Tandy is not about to correct him, as she feels horrible about doing what she did.

Continue reading "'Nashville', Season 2, Episode 5 – RECAP" »

You might like:
- Jason Aldean set to open up about divorce in CMA special
- An update on the Blake Shelton fight and Eddie Montgomery's divorce drama
- Shania Twain says goodbye

Recommended by 

 4    1    3    0

Posted by Vickye on October 30, 2013 at 08:00 AM in Television, TV | Permalink | Comments (0)

## Exclusive: Western Avenue's Matt Williams on Lady Antebellum influence, fire fighting and debut EP

Case 1:13-cv-12193-LTS Document 14-4 Filed 12/09/13 Page 4 of 9



Canadian trio Western Avenue shares a remarkable similarity to hit-making group Lady Antebellum, right down to the tight harmonies and arena-rock influences. On the group's self-titled EP (released earlier this year), the band, comprised of Nikki English, Keith Robertson and Matt Williams, only scratches the surface of their potential, demonstrating their strong songwriting abilities and enchanting vocal presence. Their current single is "Wherever You Are," an uplifting ode to destiny and love.

NashvilleGab was able to catch up with bandmate and vocalist Matt Williams about their latest project and what sounds have influenced their artistic direction. The singer also shared what he'd be doing if music didn't work out, as well as what song he wishes he'd written (and so much more).

Continue reading "Exclusive: Western Avenue's Matt Williams on Lady Antebellum influence, fire fighting and debut EP" »



Posted by Jason Scott on October 30, 2013 at 07:42 AM in New country artists | Permalink | Comments (0)

## George Jones tribute concert gets even more stars added



Recognized worldwide as the "greatest living country singer," George Jones represented everything about Country Music and was loved by fellow artists, musicians, producers, publishers, songwriters, video directors and industry executives. On November 22nd, Nashville and beyond will honor the music legend with an all-star tribute, the date that George was to perform the final show of his illustrious career.
"I am so excited how this show has evolved and I will be forever grateful to the artists that are coming to honor George," says Nancy Jones. "The evening might be long, but I don't think people will be upset as they will witness the best musical tribute Nashville has ever seen with so many artists performing George Jones songs."

Continue reading "George Jones tribute concert gets even more stars added " »



Posted by Shannon on October 30, 2013 at 07:17 AM in George Jones | Permalink | Comments (0)

## Dierks Bentley debuts music video for "I Hold On"

Dierks Bentley debuted the new video for *I Hold On* this morning exclusively to News.Radio.com.

It's only available on Radio.com right now, but will be available everywhere tomorrow, October 31.

I tell you, though, I really love this song. I was kind of indifferent about it until I sat and actually listened to the words.

The whole line about his pickup's still here but his dad's gone gets me right in the gullet. Such a great song.

*Like what we're sharing? Keep up with all the fun by following NashvilleGab on Twitter, Facebook, or subscribe to our feed. If you have something you'd like to share, drop me a line at Shannon@NashvilleGab.com.*



Posted by Shannon on October 30, 2013 at 06:10 AM in Dierks Bentley, Music Video | Permalink | Comments (0)

October 29, 2013
## The Pistol Annies have officially unofficially broken up



Case 1:13-cv-12193-LTS Document 14-4 Filed 12/09/13 Page 7 of 9

Have the Pistol Annies called it quits?

Back in June, the ladies abruptly cancelled all upcoming concerts due to "unforeseen circumstances." No further explanation was given at the time and off the top of my head I can't think of any concerts they've performed together since. According to their official website, they also have no future dates scheduled either.

So what's going on exactly with the bad-ass threesome?

Well, according to someone who knows someone, the Annies are done. Rumor has it, the breakup happened because Randa couldn't get along with Angaleena's hubby (who happened to be Miranda's tour manager at the time) Jordan Powell.

**Here's a link to the email from the source**

Hopefully it's all just a rumor, but we'll definitely keep you updated on any new info that comes along the pipeline.



Posted by Dante Hicks on October 29, 2013 at 05:48 PM in Ashley Monroe, Miranda Lambert, Pistol Annies | Permalink | Comments (0)

## Trace Adkins' wife helps save dance troop's trip to Disney World



*A sea of pink - half of the troop waiting at the airport (courtesy Rhonda Adkins' Twitter)*

I missed this story back when it happened; however, I live by the better-late-than-never rule so it's all good.

According to Nashville Scene, Trace Adkins' wife, Rhonda, along with some other parents, recently got to play superheroes when they helped save a dance troop's trip to Disney World.

Back in June, Rhonda was in a group of around 120 girls and parents from the Ann Carroll School of Dance in Franklin who went on an exciting trip to Disney World in Orlando, Florida. There they were supposed to learn about the professional side of dancing through Disney's performing arts program and would round out their trip by getting to perform with none other than

Goofy.

Unfortunately, things didn't go quite as planned.

Continue reading "Trace Adkins' wife helps save dance troop's trip to Disney World" »



Posted by Shannon on October 29, 2013 at 09:23 AM in Trace Adkins | Permalink | Comments (0)

# American Country Award nominations announced



Nominations have been announced for the fourth annual American Country Awards, hosted by multi-Platinum® recording artist Trace Adkins and NASCAR superstar Danica Patrick. The special will air live from Mandalay Bay in Las Vegas Tuesday, Dec. 10 (8:00-10:00 PM ET live/PT tape-delayed) on FOX.

Taylor Swift leads the American Country Award nominees with eight nominations; Florida Georgia Line and Blake Shelton each earned seven nominations.

Continue reading "American Country Award nominations announced " »

Posted by Shannon on October 29, 2013 at 08:35 AM in Awards | Permalink | Comments (0)

# This baby feels the music way more than you do (not country but sweet)



10/30/13 Case 1:13-cv-12193-LTS Document 14-4 Filed 12/09/13 Page 9 of 9
I have been pushed to tears by songs in the past and know exactly how this sweet little baby feels.

So flippin' cute.

[Via Gawker]



Posted by Shannon on October 29, 2013 at 08:16 AM | Permalink | Comments (1)

## Kelly Clarkson releases animated lyric video for "Underneath the Tree"



Kelly Clarkson recently released a super cute lyric video for her Christmas song *Underneath the Tree* from her new album "Wrapped in Red," which is out today.

Speaking of Kelly and Christmas. The newlywed will be filming a concert tomorrow at The Venetian in Las Vegas. The footage will be used for Clarkson's upcoming holiday special that is expected to be loosely based on Charles Dickens' "A Christmas Carol."

*Kelly Clarkson's (Cautionary) Christmas Tale* will air on Wednesday, December 11 on NBC.

You can order "Wrapped in Red" on Amazon and iTunes now.



Posted by Shannon on October 29, 2013 at 08:00 AM in Kelly Clarkson, Music Video | Permalink | Comments (0)
AdChoices

www.nashvillegab.com 9/9