# Patrick M. Groulx

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Tuesday, October 29, 2013 11:54 AM |
| **To:** | Patrick Groulx |
| **Subject:** | You sent a payment |



**You sent a payment**  Transaction ID: **3NE89412XW212144N**

Dear Patrick Groulx,

You sent a payment for $175.00 USD to Shannon Davis.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| | |
|---|---|
| Amount: | $175.00 USD |
| Sent on: | October 29, 2013 |
| Subject line of your payment email: | Payment for Advertisement |
| Message in your payment email: | Shannon, Thanks for your help. Here is the payment for the advertisement (the text will be sent by E-mail) to be bumped to the top of the Nashville Gab for 48 hours. Call with any questions, and thanks for your help! Patrick Groulx |

Sincerely,
PayPal

Help Center | Resolution Center | Security Center

This email was sent by an automated system, so if you reply, nobody will see it. To get in touch with us, log in to your account and click "Contact Us" at the bottom of any page.

Copyright © 2013 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP118