

**LEGAL NOTICE**

## NOTICE OF FILING OF LAWSUIT

This is to advise SAM LICATA (a.k.a. PHOENIX STONE); SYBIL HALL; STONEHALL ENTERTAINMENT, LLC; STONEHALL MERCHANDISE, LLC; STONEHALL MUSIC PUBLISHING, LLC; STONEHALL RECORDS, LLC; STONEHALL TELEVISION, LLC; and STONEHALL TOURING, LLC, that on September 4, 2013, Andrew Conway and Liana Conway filed a complaint against you in the United States District Court of the District of Massachusetts, Docket Number 1:13-cv-12193-WGY, beholden in Boston, Massachusetts. An answer under Federal Rule of Civil Procedure 8 or other responsive pleading under Federal Rule of Civil Procedure 12 must be filed with the court on or before December 13, 2013. Failure to answer or otherwise respond within this timeframe may subject you to default under Federal Rule of Civil Procedure 55 and the entry of judgment against you in your absence. You are encouraged to speak to an attorney. For a copy of the summons and complaint or if you have any other questions regarding this notice, please contact Attorney Jeffrey S. Baker, Baker & Associates, Two West Hill Place, Boston, Massachusetts, 02114, at (617) 573-9505.

**WANTED TO BUY**

## RECORD COLLECTIONS