| | |
|---|---|
| **Subject:** | FW: Billboard Advertising - Transaction Receipt for 354.00 |
| **Date:** | Tuesday, October 29, 2013 3:37:50 PM Eastern Daylight Time |
| **From:** | Jeffrey Serrette |
| **To:** | pgroulx@polislegal.com |

Hello –

For your records - Jeff

Jeff Serrette
Senior Account Manager
Prometheus Global Media, LLC
Billboard Magazine/Back Stage
770 Broadway, 7th Flr., New York, N.Y. 10003-9595
Phone: 1-212-493-4199
Fax: 212-493-4393
Emails: Jeffrey.Serrette@billboard.com;
Jeffrey.Serrette@backstage.com
Something terrible happens when you DON'T advertise...NOTHING!

---

**From:** DoNotReply@billing-notification.com [mailto:DoNotReply@billing-notification.com]
**Sent:** Tuesday, October 29, 2013 3:19 PM
**To:** Jeffrey Serrette
**Subject:** Billboard Advertising - Transaction Receipt for 354.00

Merchant ID: 300001816920                Term ID: 001

## Sale - Approved

| | | |
|---|---|---|
| Date | 10/29/13 | Time 15:16:54 |
| Method of Payment | Visa | |
| Entry Method | Manual | |
| Account # | ███████████████ | |
| | | |
| Order ID | 20044634 | |
| Approval Code | 09674A | |
| | | |
| **Amount** | **354.00** | |

Customer Copy

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of  he author and do not necessarily represent  hose of the company. Finally, the recipient should check  his email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by  his email.