**Subject:** Conway and Conway v. Stone, et al., Mass. District Court Docket No. 1:13-cv-12193-WGY
**Date:** Tuesday, October 22, 2013 at 1:20:25 PM Eastern Daylight Time
**From:** Patrick M. Groulx
**To:** pstoneemail@aol.com, sybilhall@aol.com, kburry@hwhmf.com
**CC:** Bakerlaw

Dear Attorney Burry, Mr. Stone, and Ms. Hall:

Please be advised that this office, along with Jeffrey S. Baker of Boston, Massachusetts, represents Andrew and Liana Conway in the above action. On September 4, 2013, Mr. and Ms. Conway filed an action against Sam Licata, Sybil Hall, Stonehall Music, Stonehall Entertainment, Stonehall Television, Stonehall Touring, Stonehall Records, and Stonehall Merchandise in the United States District Court of the District of Massachusetts, Docket Number 1:13-cv-12193. On October 22, 2013, the Massachusetts District Court entered an order (attached) permitting the plaintiffs to effectual service of process on the Defendants by, in part, E-mailing a copy of the complaint and summonses to you. Also attached are the waivers of service.

I appreciate your attention to this matter. If you have any questions regarding the enclosed, Attorney Burry should contact Attorney Baker at 617-573-9505.

Sincerely,

Patrick M. Groulx
Polis Legal
P.O. Box 760656
Melrose, MA 02176
Phone: 978-549-3124
Fax: 617-500-9955
E-mail: pgroulx@polislegal.com

Admitted to Practice in New Hampshire and Massachusetts