*January 13, 2014 / as modified*

DISTRICT COURT OF THE UNITED STATES
DISTRICT OF MASSACHUSETTS

*...ed as the case management scheduling order.*
*Discovery due Oct. 31, 2014*
*Dispositive ... Nov 14, 2014*

*William G. Young*
U.S. [District Judge]

| ANDREW CONWAY, et al., | |
|---|---|
| Plaintiffs, | Docket Number |
| v. | 1:13-cv-12193-WGY |
| SAM LICATA, et al., | |
| Defendants | |

## JOINT MEMORANDUM OF THE PARTIES PURSUANT TO L.R. 16.1

NOW COME the parties in this action and submit this memorandum pursuant to LR 16.1.

I. **Joint Discovery Plan.**

The plaintiffs propose the following deadlines for discovery and pretrial and trial dates:

| | |
|---|---|
| Automatic disclosures due | January 21, 2014 |
| Interrogatories and production of documents served on opposing parties | February 15, 2014 |
| Factual discovery completed | September 15, 2014 |
| Plaintiffs' designation of experts and disclosure of expert reports | October 1, 2014 |
| Defendants' designation of experts and disclosure of expert reports | November 1, 2014 |
| Expert depositions to be completed | December 15, 2014 |
| Final Pretrial Conference | May 15, 2015 |
| Trial | June 3, 2015 |

*[table crossed out; annotation "By" on right]*

The defendants propose the following deadlines for discovery and pretrial and trial dates:

| | |
|---|---|
| Automatic disclosures due | January 21, 2014 |
| Amendments to pleadings | February 3, 2014 |

| Interrogatories and requests for production of documents served on opposing parties | February 14, 2014 |
| Factual discovery completed | June 20, 2014 |
| Plaintiffs' designation of experts and disclosure of expert reports | July 2, 2014 |
| Defendants' designation of experts and disclosure of expert reports | August 1, 2014 |
| Expert depositions to be completed | October 31, 2014 |
| Final Pretrial Conference | January ~~15~~, 2015 |
| Trial | February 2015 |

The parties agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the unavailability of fact or expert witnesses due to vacation or work schedules of for other good cause.

## II. Proposed Schedule for the Filing of Motions.

The plaintiffs propose the following deadlines for motions:

| ~~All Motions under Fed. R. Civ. P. 12, 19, and 20 served~~ | ~~February 14, 2014~~ |
| ~~Oppositions~~ | |
| ~~Reply~~ | |
| ~~All Motions under Fed. R. Civ. P. 56~~ | ~~January 15, 2015~~ |
| ~~Opposition/cross motions due~~ | ~~February 8, 2015~~ |
| ~~Argument~~ | ~~March 1, 2015~~ |

The defendants propose the following deadlines for motions:

| All Motions under Fed. R. Civ. P. 12, 19, and 20 served | February 14, 2014 |
| Oppositions | February 28, 2014 |
| Reply | March 10, 2014 |
| Rule 56 Motions Served | November 14, 2014 |
| Rule 56 Oppositions Served | December 5, 2014 |
| Rule 56 Reply Served | December 15, 2014 |
| Rule 56 Argument | ~~December 19, 2014~~ |



### III.     Certifications.

The undersigned certify that each party and their counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

The parties agree to mediate this matter after discovery is completed.

Respectfully submitted,

| | |
|---|---|
| ANDREW CONWAY and<br>LIANA CONWAY,<br><br>by their attorneys,<br><br>/s/ Jeffrey S. Baker<br>Jeffrey S. Baker<br>BBO No. 544929<br>Baker & Assoc., P.C.<br>Two West Hill Place, Suite 100<br>Boston, MA 02114<br>Ph: 617-573-9505<br>Fax: 617-573-9503<br>E-mail: bakerlaw@aol.com<br><br>and<br><br>/s/ Patrick M. Groulx<br>Patrick M. Groulx<br>BBO No. 673394<br>Polis Legal<br>P.O. Box 760656<br>Melrose, MA 02176<br>Ph: 978-549-3124<br>Fax: 617-500-9955<br>E-mail: pgroulx@polislegal.com<br><br>Andrew Conway on behalf of plaintiffs | SAM LICATA; SYBIL HALL;<br>STONEHALL ENTERTAINMENT, LLC;<br>STONEHALL MERCHANDISE, LLC;<br>STONEHALL MUSIC PUBLISHING, LLC;<br>STONEHALL RECORDS, LLC;<br>STONEHALL TELEVISION, LLC; and<br>STONEHALL TOURING, LLC<br><br>By their attorneys,<br><br>/s/ Daryl DeValerio Andrews<br>Glen DeValerio (BBO #122010)<br>Daryl DeValerio Andrews (BBO #658523)<br>One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 542-8300<br>Fax: (617) 542-1194<br>Email: gdevalerio@bermandevalerio.com<br>dandrews@bermandevalerio.com<br><br>Sybil Hall on behalf of defendants |

Date: January 9, 2014