DISTRICT COURT OF THE UNITED STATES
DISTRICT OF MASSACHUSETTS

ANDREW CONWAY, *et al.*,

                Plaintiffs,

   v.

SAM LICATA, *et al.*,

                Defendants

Docket Number

1:13-cv-12193-WGY

## DEFENDANTS' REPORT

Pursuant to this Court's October 27, 2014 Order [Dkt. No. 150], Defendants in this action hereby report the following estimates for the timing and probable length of trial.

If this case is not settled at mediation before Magistrate Judge Bowler in December, 2014, Defendants intend to move for summary judgment. Defendants respectfully submit that their right to another summary judgment motion was not prejudiced by the motion for summary judgment on the RICO count. The motion for summary judgment on the RICO count was filed on May 28, 2014, *almost a month before* the June 20, 2014 close of fact discovery in this matter, as invited by Judge William G. Young. *See* Dkt. No. 58 ("The Court will, however, entertain a prompt motion for summary judgment on the RICO Count."). No depositions of the parties had yet taken place, and no expert discovery had taken place. Since the Court denied Defendants' motion to extend the summary judgment deadline *without prejudice*, Defendants intend to seek leave to file a motion for summary judgment after the December mediation. Therefore, Defendants propose the following schedule for summary judgment and trial:

1. Rule 56 Motions filed by January 15, 2015

2. Rule 56 Oppositions filed by February 13, 2015

3. Rule 56 Replies filed by March 2, 2015

4. Trial to begin on May 4, 2015 (depending on Court schedule)

After consulting with Plaintiffs about how many witnesses each side intends to call at the trial of this matter, Defendants estimate that there will be about 9-10 witnesses total in this trial and that it will take about 40 hours to try this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | The Defendants, |
| Dated:  November 3, 2014 | By Their Attorneys, |
|  | */s/ Daryl DeValerio Andrews* |
|  | Glen DeValerio (BBO #122010) |
|  | Daryl DeValerio Andrews (BBO #658523) |
|  | Marie Foley Watson (BBO #642728) |
|  | One Liberty Square |
|  | Boston, MA 02109 |
|  | Telephone: (617) 542-8300 |
|  | Fax: (617) 542-1194 |
|  | Email:  gdevalerio@bermandevalerio.com |
|  |             dandrews@bermandevalerio.com |
|  |             mfoley@bermandevalerio.com |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 3, 2014.

Dated:  November 3, 2014            */s/ Daryl DeValerio Andrews*
                                                            Daryl DeValerio Andrews