UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW CONWAY, LILIANA CONWAY<br>d/b/a ZEKE THE ZEBRA,<br><br>Plaintiffs<br><br>v.<br><br>SAM LICATA a/k/a PHOENIX STONE;<br>SYBIL HALL a/k/a SBYILL LICATA;<br>STONEHALL ENTERTAINMENT, LLC, a California<br>Limited Liability Company;<br>STONEHALL MERCHANDISE, LLC, a California<br>Limited Liability Company;<br>STONEHALL MUSIC PUBLISHING, LLC, a California<br>Limited Liability Company;<br>STONEHALL RECORDS, LLC, a California<br>Limited Liability Company;<br>STONEHALL TELEVISION, LLC, a California<br>Limited Liability Company; and<br>STONEHALL TOURING, LLC, a California<br>Limited Liability Company,<br><br>Defendants | Docket No.:<br>1:13-cv-12193-LTS |

**DECLARATION OF GLEN DEVALERIO IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ALL COUNTS**

I, Glen DeValerio, declare and say:

    1.    I am an attorney at Berman DeValerio.

    2.    I represent the Defendants in this action.

    3.    The court granted leave to file confidential documents under seal at the

January 7, 2015 hearing. *See* ECF No. 167, and ECF No. 176, Transcript of Motion

Hearing, at 18:18 - 21:6.  By agreement between the parties, 7 documents are being filed entirely under seal and 3 documents are being filed in redacted form.

4.     A true and accurate copy of the transcript of the Deposition of Andrew Conway, dated June 17, 2014 is attached hereto as <u>Exhibit 1</u>.

5.     A true and accurate copy of the transcript of the Deposition of Liana Conway, dated July 10, 2014 is attached hereto as <u>Exhibit 2</u>.

6.     A true and accurate copy of a printout from the Nashville Real Estate Services website at <u>http://www.nashvillerealestateservices.com/profile?user_id=926#</u> is attached hereto as <u>Exhibit 3</u>.

7.     A true and accurate copy of Liana Conway's Answers to Interrogatories, dated April 9, 2014, is attached hereto as <u>Exhibit 4</u>.

8.     A true and accurate copy of the transcript of the June 20, 2014 Deposition of Sybil Hall is attached hereto as <u>Exhibit 5</u>.  The publicly docketed version of this Declaration contains only a slip sheet for this Confidential Document.  A full version has been filed under seal.

9.     A true and accurate copy of the Expert Report of Courtney Benson, dated September 30, 2014, is attached hereto as <u>Exhibit 6</u>.  The publicly docketed version of this Declaration contains a version of this document that has redacted confidential information. A full version has been filed under seal.

10.     A true and accurate copy of the transcript of the Deposition of Phoenix Stone, dated June 19, 2014, is attached hereto as <u>Exhibit 7</u>. The publicly docketed version of this Declaration contains only a slip sheet for this Confidential Document. A full version has been filed under seal.

11. A true and accurate copy of Phoenix Stone's Answers to Interrogatories, dated March 20, 2014, is attached hereto as Exhibit 8. The publicly docketed version of this Declaration contains a version of this document that has redacted confidential information. A full version has been filed under seal.

12. A true and accurate copy of Phoenix Stone Bio, obtained online at http://www.hiponline.com/3312/phoenix-stone.html, is attached hereto as Exhibit 9.

13. A true and accurate copy of STONEHALL0008169 is attached hereto as Exhibit 10.

14. A true and accurate copy of STONEHALL0008106-7 is attached hereto as Exhibit 11.

15. A true and accurate copy of STONEHALL0007649 is attached hereto as Exhibit 12.

16. A true and accurate copy of STONEHALL0008108-164 (contract between Defendants and Virgin Records) is attached hereto as Exhibit 13. The publicly docketed version of this Declaration contains only a slip sheet for this Confidential Document. A full version has been filed under seal.

17. A true and accurate copy of the transcript of the June 18, 2014 Deposition of Sybil Hall is attached hereto as Exhibit 14. The publicly docketed version of this Declaration contains only a slip sheet for this Confidential Document. A full version has been filed under seal.

18. A true and accurate copy of a screenshot from the *Beautiful Day* video link, obtained at https://www.youtube.com/watch?v=jR6YLanCnDE, is attached hereto as Exhibit 15.

19. A true and accurate copy of a screenshot from the *I Like You* video link, obtained at https://www.youtube.com/watch?v=IRRL-vuN_Q8, is attached hereto as Exhibit 16.

20. A true and accurate copy of a screenshot from the *Free* video link, obtained at https://www.youtube.com/watch?v=8naoQ9wTIak, is attached hereto as Exhibit 17.

21. A true and accurate copy of NET0001 is attached hereto as Exhibit 18.

22. A true and accurate copy of CON0423-68 is attached hereto as Exhibit 19.

23. A true and accurate copy of CON0365-377 (Great Lines Agreement, dated February 4, 2012) is attached hereto as Exhibit 20.

24. A true and accurate copy of STONEHALL0005574 is attached hereto as Exhibit 21.

25. A true and accurate copy of CON0352-364 is attached hereto as Exhibit 22.

26. A true and accurate copy of CON0406-418 is attached hereto as Exhibit 23.

27. A true and accurate copy of CON0615-628 is attached hereto as Exhibit 24.

28. A true and accurate copy of CON0537 is attached hereto as Exhibit 25.

29. A true and accurate copy of CON0127 is attached hereto as Exhibit 26.

30. A true and accurate copy of CON00129-156 is attached hereto as Exhibit 27.

31. A true and accurate copy STONEHALL0002153-54 is attached hereto as Exhibit 28.

32. A true and accurate copy of STONEHALL0007583 is attached hereto as Exhibit 29.

33. A true and accurate copy of CON0379-80 (breakdown of Stonehall production charges) is attached hereto as Exhibit 30. The publicly docketed version of this Declaration contains a version of this document that has redacted confidential information. A full version has been filed under seal.

34. A true and accurate copy of Andrew Conway's Answers to Interrogatories, dated April 9, 2014, is attached hereto as Exhibit 31.

35. A true and accurate copy of CON0599-612 is attached hereto as Exhibit 32.

36. A true and accurate copy of the Supplemental Responses of the Plaintiff, Andrew Conway, to the Interrogatories of the Defendants, dated December 29, 2014, is attached hereto as Exhibit 33.

37. A true and accurate copy of all Stonehall Invoices is attached hereto as Exhibit 34.

38. A true and accurate copy of STONEHALL0007598 is attached hereto as Exhibit 35.

39. A true and accurate copy of CON0500-1; CON0502-3; CON0504-5; CON0508-9; CON0510-11; CON0512-13; CON0517-18; CON0519-520; CON0526-27; and CON0528-29 is attached hereto as Exhibit 36.

40. A true and accurate copy of CON0419-22 is attached hereto as Exhibit 37.

41. A true and accurate copy of CON0096-103 is attached hereto as <u>Exhibit 38</u>.

42. A true and accurate copy of CON0113-14 is attached hereto as <u>Exhibit 39</u>.

43. A true and accurate copy of CON0126 is attached hereto as <u>Exhibit 40</u>.

44. A true and accurate copy of CON0219 is attached hereto as <u>Exhibit 41</u>.

45. A true and accurate copy of CON0222 is attached hereto as <u>Exhibit 42</u>.

46. A true and accurate copy of CON0514 is attached hereto as <u>Exhibit 43</u>.

47. A true and accurate copy of STONEHALL0002208 is attached hereto as <u>Exhibit 44</u>.

48. A true and accurate copy of STONEHALL0005368 is attached hereto as <u>Exhibit 45</u>.

49. A true and accurate copy of CON0168 is attached hereto as <u>Exhibit 46</u>.

50. A true and accurate copy of CON0170 is attached hereto as <u>Exhibit 47</u>.

51. A true and accurate copy of CON0178 is attached hereto as <u>Exhibit 48</u>.

52. A true and accurate copy of CON0203 is attached hereto as <u>Exhibit 49</u>.

53. A true and accurate copy of CON0204 is attached hereto as <u>Exhibit 50</u>.

54. A true and accurate copy of CON0206 is attached hereto as <u>Exhibit 51</u>.

55. A true and accurate copy of CON0214 is attached hereto as <u>Exhibit 52</u>.

56. A true and accurate copy of STONEHALL0003446 is attached hereto as <u>Exhibit 53</u>.

57. A true and accurate copy of STONEHALL0001086-87 is attached hereto as <u>Exhibit 54</u>.

58. A true and accurate copy of STONEHALL0001663 is attached hereto as Exhibit 55.

59. A true and accurate copy of STONEHALL0001381 is attached hereto as Exhibit 56.

60. A true and accurate copy of STONEHALL0005107-08 is attached hereto as Exhibit 57.

61. A true and accurate copy of STONEHALL005473-74 is attached hereto as Exhibit 58.

62. A true and accurate copy of STONEHALL002769 is attached hereto as Exhibit 59.

63. A true and accurate copy of ELLIS_0008 is attached hereto as Exhibit 60.

64. A true and accurate copy of ELLIS_0009-10 is attached hereto as Exhibit 61.

65. A true and accurate copy of STONEHALL0007973 is attached hereto as Exhibit 62.

66. A true and accurate copy of STONEHALL0007422 is attached hereto as Exhibit 63.

67. A true and accurate copy of STONEHALL0003756 is attached hereto as Exhibit 64.

68. A true and accurate copy of STONEHALL0001113 is attached hereto as Exhibit 65.

69. A true and accurate copy of a screen shot of a Gig Listing at http://www.nowplayingnashville.com/event/detail/441358775/The_Billy_Block_Show_at_The_Rutledge is attached hereto as Exhibit 66.

70. A true and accurate copy CON0250 is attached hereto as Exhibit 67.

71. A true and accurate copy of CON0256 is attached hereto as Exhibit 68.

72. A true and accurate copy of STONEHALL0006599 is attached hereto as Exhibit 69.

73. A true and accurate copy of STONEHALL0001367-71 is attached hereto as Exhibit 70.

74. A true and accurate copy STONEHALL0001154 is attached hereto as Exhibit 71.

75. A true and accurate copy of STONEHALL0004478 is attached hereto as Exhibit 72.

76. A true and accurate copy of excerpts from Mr. Conway's handwritten day planners for the years 2010 – 2012 is attached hereto as Exhibit 73. The publicly docketed version of this Declaration contains only a slip sheet for this Confidential Document. A full version has been filed under seal.

77. A true and accurate copy of CON022 is attached hereto as Exhibit 74.

78. A true and accurate copy of CON0109 is attached hereto as Exhibit 75.

79. A true and accurate copy of CON0643 is attached hereto as Exhibit 76.

80. A true and accurate copy CON037 is attached hereto as Exhibit 77.

81. A true and accurate copy of CON0158 is attached hereto as Exhibit 78.

82. A true and accurate copy of CON0186 is attached hereto as Exhibit 79.

83. A true and accurate copy of CON0199 is attached hereto as Exhibit 80.

84. A true and accurate copy of CON0201 is attached hereto as Exhibit 81.

85. A true and accurate copy of CON0542 is attached hereto as Exhibit 82.

86. A true and accurate copy of the transcript of the July 22, 2014 Deposition of Sybil Hall is attached hereto as Exhibit 83. The publicly docketed version of this Declaration contains only a slip sheet for this Confidential Document. A full version has been filed under seal.

87. A true and accurate copy of STONEHALL0008302 is attached hereto as Exhibit 84.

88. A true and accurate copy of transcript excerpts of voicemails to Hall from Mr. Conway is attached hereto as Exhibit 85.

89. A true and accurate copy of a Business Insider 1/20/14 article by Jennifer Michalski, "The Most Expensive Videos of All Time," obtained at http://www.businessinsider.com/most-expensive-music-videos-2014-1?op=1, is attached hereto as Exhibit 86.

90. A true and accurate copy of Plaintiffs' Expert Report of George Howard, dated August 15, 2014, is attached hereto as Exhibit 87.

91. A true and accurate copy of excerpts from Ms. Conway's text messages to Hall is attached hereto as Exhibit 88.

92. A true and accurate copy of CON0169 is attached hereto as Exhibit 89.

93. A true and accurate copy of CON0183 is attached hereto as Exhibit 90.

94. A true and accurate copy of CON0210 is attached hereto as Exhibit 91.

95. A true and accurate copy of CON0238 is attached hereto as Exhibit 92.

96. A true and accurate copy of CON0255 is attached hereto as Exhibit 93.

97. A true and accurate copy of CON0279 is attached hereto as Exhibit 94.

98. A true and accurate copy of CON0559-560 is attached hereto as Exhibit 95.

99. A true and accurate copy of STONEHALL0001127 is attached hereto as Exhibit 96.

100. A true and accurate copy of STONEHALL00008170 is attached hereto as Exhibit 97.

101. A true and accurate copy of CON0693-701 is attached hereto as Exhibit 98.

102. A true and accurate copy of Plaintiffs' Expert Report of Judith Greenberg Finell, dated August 14, 2015, is attached hereto as Exhibit 99.

103. A true and accurate copy of CON0530 is attached hereto as Exhibit 100.

104. A true and accurate copy of excerpts from Mr. Conway's text messages to Hall is attached hereto as Exhibit 101.

105. A true and accurate copy of CON00290 is attached hereto as Exhibit 102.

106. A true and accurate copy of CON0318 is attached hereto as Exhibit 103.

107. A true and accurate copy of CON0275 is attached hereto as Exhibit 104.

108. A true and accurate copy of CON0274 is attached hereto as Exhibit 105.

109. A true and accurate copy of CON0301 is attached hereto as Exhibit 106.

110. A true and accurate copy of CON0743-5 is attached hereto as Exhibit 107.

111. A true and accurate copy of a Forbes article entitled "Madonna Makes $1 Million a Night - Here's What the Rest of the Industry Earns," McIntyre, Hugh, obtained

at http://www.forbes.com/sites/hughmcintyre/2014/05/23/madonna-makes-1-million-a-night-heres-what-the-rest-of-the-industry-earns/ is attached hereto as <u>Exhibit 108</u>.

112. A true and accurate copy of CON0381-3 is attached hereto as <u>Exhibit 109</u>.

113. A true and accurate copy of CON0398-9 is attached hereto as <u>Exhibit 110</u>.

114. A true and accurate copy of CON0400-1 is attached hereto as <u>Exhibit 111</u>.

115. A true and accurate copy of the Revised Stonehall Accounting for Conway Project is attached hereto as <u>Exhibit 112</u>. The publicly docketed version of this Declaration contains only a slip sheet for this Confidential Document. A full version has been filed under seal.

Signed under the pains and penalties of perjury this 27th day of February, 2015.

/s/ *Glen DeValerio*
Glen DeValerio (BBO #122010)
Berman DeValerio
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Fax: (617) 542-1194
Email: gdevalerio@bermandevalerio.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 27, 2015.

Dated: February 27, 2015  */s/ Glen DeValerio*
Glen DeValerio