DISTRICT COURT OF THE UNITED STATES
DISTRICT OF MASSACHUSETTS

ANDREW CONWAY, *et al.*,

Plaintiffs,

v.

SAM LICATA, *et al.*,

Defendants

Docket Number

1:13-cv-12193-LTS

### MOTION OF THE JUDGMENT-CREDITORS LIANA AND ANDREW CONWAY FOR THE GRANT OF AN ORDER TO COMPEL CERTAIN DISCOVERY PURSUANT TO FED. R. CIV. PRO. 69

NOW COME the Judgment-Creditor and Plaintiffs Andrew and Liana Conway ("The Conways") and respectfully requests that this Honorable Court enter an order:

1. Compelling the law firm Berman DeValerio to produce in compliance with Federal Rule of Civil Procedure 69 such discovery sought by the Judgment Creditors "in aid of judgment and execution" in response to documentation lawfully requested by Plaintiffs pursuant to a certain subpoena dated April 4, 2016 and previously served upon the witness Berman DeValerio.

Respectfully submitted,

Andrew Conway and Liana Conway.,

by their attorney,

/s/ Jeffrey S. Baker
Jeffrey S. Baker
BBO No. 544929
Baker & Associates
Two West Hill Place, Suite 100
Boston, MA 02114
Ph: 617-573-9505
Fax: 617-573-9503
E-mail: bakerlaw@aol.com

**Certificate of Compliance with LR 37.1**

I certify that I together with California counsel conferred with the witness Daryl Andrews to narrow the areas of dispute raised in this motion.

Date: May 18, 2016

**Certificate of Service**

On this day, May 18, 2016, I served or caused to be served on all parties or their counsel a true and accurate copy of this document by email and first class mail.

/s/ Jeffrey S. Baker
Jeffrey S. Baker