

**BERMAN DeVALERIO**

May 4, 2016

**Via First-Class and Electronic Mail**

David M. Given, Esq.                    Jeffrey S. Baker, Esq.
Phillips, Erlewine, Given & Carlin LLP  Baker & Associates, P.C.
39 Mesa Street, Suite 201               Two West Hill Place, Suite 100
San Francisco, CA 94129                 Boston, MA 02114

> *Re: Andrew Conway et al. v. Sam Licata, et al. 2:15-mc-00004-UA (CD Cal.)*

Dear Messrs. Given and Baker,

I write in response to the subpoena you served on Berman DeValerio on April 5, 2016 in the above referenced judgment creditor action.

**Request for Production No. 1:** DOCUMENTS sufficient to show Sybil Hall and Sam Licata's current address(es).

**Response to Request for Production No. 1:** Berman DeValerio is not in possession of any documents sufficient to show any addresses for Defendants other than the addresses that were identified to Plaintiffs in the MA Lawsuit and the CDCA Action. Because Defendants, by and through Berman DeValerio, have already produced all documents responsive to this request, Berman DeValerio objects to the production of the documents as overly burdensome. Therefore, Berman DeValerio will not produce documents in response to this request.

**Request for Production No. 2:** DOCUMENTS sufficient to show Sybil Hall and Sam Licata's last known address(es).

**Response to Request for Production No. 2:** Berman DeValerio is not in possession of any documents sufficient to show any addresses for Defendants other than the addresses that were identified to Plaintiffs in the MA Lawsuit and the CDCA Action. Because Defendants, by and through Berman DeValerio, have already produced all documents responsive to this request, Berman DeValerio objects to the production of the documents as overly burdensome. Therefore, Berman DeValerio will not produce documents in response to this request.

**Request for Production No. 3:** ANY DOCUMENTS RELATING TO payments made to YOU for legal services YOU rendered to DEFENDANTS.





**BERMAN DEVALERIO**

David M. Given, Esq.
Jeffrey S. Baker, Esq.
May 4, 2016
Page 2

**Response to Request for Production No. 3:**  Berman DeValerio objects to this request to the extent that it seeks detailed billing statements and records that would reveal attorney work product.  Berman DeValerio further objects to this request to the extent that it seeks Berman DeValerio's retainer agreement with Defendants on the ground that it is protected by the attorney client privilege and is not relevant to this action.  Moreover, Berman DeValerio objects to this request to the extent that it seeks ALL checks received by Berman DeValerio on the ground that the total amount paid to Berman DeValerio is protected by the attorney client privilege, the attorney work product doctrine, and is not relevant to this action.  Berman DeValerio further objects to this request on the ground that the only relevant, non-privileged documents requested are duplicative of other requests below.  Therefore, Berman DeValerio will produce no documents in response to this request other than those produced in response to the requests below.

**Request for Production No. 4:**  DOCUMENTS sufficient to identify ALL bank accounts from which YOU received payments for legal services rendered to DEFENDANTS.  Such DOCUMENTS shall include the name of the bank, the account number, routing number, address of the bank branch in which the account originated, the name(s) of the account holder(s), the date upon which the account was opened and closed, and any other information about the bank account which would help identify and locate that bank account.

**Response to Request for Production No. 4:**  Berman DeValerio will produce documents responsive to this request, if any exist, subject to the execution of a mutually agreed upon confidentiality agreement.  Berman DeValerio will not produce responsive documents until such an agreement is executed.

**Request for Production No. 5:**  DOCUMENTS sufficient to identify ALL credit cards from which YOU received payments for legal services rendered to DEFENDANTS.  Such DOCUMENTS shall include the name of the credit card company/ies, the credit card number(s), the name(s) of the credit card holder(s), the date(s) upon which the credit card was issued and/or expired, and any other information about the credit card account(s) which would help identify and locate that or those account(s).

**Response to Request for Production No. 5:**  Berman DeValerio is not in possession of any documents responsive to this request.

**Request for Production No. 6:**  DOCUMENTS sufficient to identify ALL third parties from which YOU received payments for legal services YOU rendered to DEFENDANTS.  Such





## BERMAN DeVALERIO

David M. Given, Esq.
Jeffrey S. Baker, Esq.
May 4, 2016
Page 3

DOCUMENTS shall include the name of any such third party, their current address, and any other information about the third party which would help identify and locate that third party.

**Response to Request for Production No. 6:**  Berman DeValerio will produce documents responsive to this request, if any exist, subject to the execution of a mutually agreed upon confidentiality agreement.  Berman DeValerio will not produce responsive documents until such an agreement is executed.

**Request for Production No. 7:**  DOCUMENTS sufficient to identify ALL bank or other wire transfer payments from which YOU received payments for legal services YOU rendered to DEFENDANTS.  Such DOCUMENTS shall include the name of the originating bank(s), the originating account number(s), the name(s) of the account(s), the amount(s), the date(s) on which any such payment(s) was/were made, and any other information about the account(s) which would help identify and locate the account(s).

**Response to Request for Production No. 7:**  Berman DeValerio objects to the request for information concerning the "amount(s)" that have been paid to Berman DeValerio on the ground that it is protected by the attorney client privilege, the attorney work product doctrine, and is not relevant to this action.  Subject to this objection and subject to the execution of a mutually agreed upon confidentiality agreement, Berman DeValerio will produce documents responsive to this request, if any exist. Berman DeValerio will not produce responsive documents until such a confidentiality agreement is executed.

Sincerely,

Daryl D. Andrews

Daryl DeValerio Andrews
Berman DeValerio

